**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Joseph Aurelio Mendoza,<br>Petitioner,<br>vs.<br>Department of Administrative Services Code Enforcement Unit, *et al.*,<br>Defendants. | Case No. 2:26-cv-00527-MMD-MDC<br>**ORDER DENYING PLAINTIFF'S PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER (ECF NO. 16) WITHOUT PREJUDICE** |

On October 22, 2026, the Court granted defendants' *Motion to Dismiss* (ECF No. 11) and gave plaintiff leave to amend his Complaint by November 6, 2026. *ECF No. 19* ("10/22/2026 Order"). In light of the 10/22/2026 Order, plaintiff's unilateral *Proposed Discovery Plan and Scheduling Order* (ECF No. 16) ("unilateral DPSO") (ECF No. 16) is **DENIED** without prejudice. Parties must meet and confer, and file a joint discovery plan and scheduling order by **November 20, 2026**.

The Court also notes that plaintiff's unilateral DPSO did not comply with Federal Rule of Civil Procedure 26(f) and LR 26-1, and that plaintiff failed to explain why he filed unilaterally without involving defendants as required under the Federal and Local Rules. *See* Fed. R. Civ. P. 26(f); LR 26-1. While the Court appreciates plaintiff's efforts, all parties must participate when filing proposed discovery plan and scheduling orders. Therefore, **IT IS FURTHER ORDERED** that failure to comply with this Order, participate in submitting the Stipulated Discovery Plan and Scheduling Order, or otherwise participating in discovery may result in sanctions.

DATED: November 2, 2026

IT IS SO ORDERED.

_______________________________

Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.